| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **17-CR-224** |
| v. | Case No. 17-CR-224 |
| RICKI A. MAHKIMETAS, JR., | [18 USC §§ 2241(c) and 1153(a)] |
| Defendant. | Green Bay Division |

## SUPERSEDING INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES:**

On or about August 17, 2017, within the exterior boundaries of the Menominee Indian Reservation in the State and Eastern District of Wisconsin,

**RICKI A. MAHKIMETAS, JR.,**

being a Native American Indian, did knowingly attempt to engage in a sexual act with Minor Female A, a child who had not attained the age of 12 years, to wit: attempted contact between his penis and Minor Female A's mouth.

All in violation of Title 18, United States Code, Sections 2241(c) and 1153(a).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about March 17, 2016, within the exterior boundaries of the Menominee Indian Reservation in the State and Eastern District of Wisconsin,

**RICKI A. MAHKIMETAS, JR.,**

being a Native American Indian, did knowingly engage and attempt to engage in a sexual act with Minor Female B, a child who had not attained the age of 12 years, to wit: contact between his penis and Minor Female B's mouth.

All in violation of Title 18, United States Code, Sections 2241(c) and 1153(a).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES:**

On or about March 17, 2016, within the exterior boundaries of the Menominee Indian Reservation in the State and Eastern District of Wisconsin,

**RICKI A. MAHKIMETAS, JR.,**

being a Native American Indian, did knowingly engage and attempt to engage in a sexual act with Minor Female C, a child who had not attained the age of 12 years, to wit: contact between his penis and Minor Female C's mouth.

All in violation of Title 18, United States Code, Sections 2241(c) and 1153(a).

A TRUE BILL:

_____
FOREPERSON
Dated: 2-13-18

_____
GREGORY J. HAANSTAD
United States Attorney