

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RICKI A. MAHKIMETAS, JR.,

        Defendant.

Case No. 17-CR-224

[18 U.S.C. §§ 2244(a)(5) and 1153]

**Green Bay Division**

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about August 17, 2017, within the exterior boundaries of the Menominee Indian Reservation, in the State and Eastern District of Wisconsin,

**RICKI A. MAHKIMETAS, JR.,**

being a Native American Indian, did knowingly engage in sexual contact with a Native American Indian, Minor Female A, who had not attained the age of 12 years, by causing Minor Female A to have contact with his penis, for the purpose of the defendant's sexual gratification.

All in violation of Title 18, United States Code, Sections 2244(a)(5) and 1153.

_____
for MATTHEW D. KRUEGER
United States Attorney

Dated: 6/1/18