UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN (Green Bay)

_____

UNITED STATES OF AMERICA,

          Plaintiff,

      v.                          Case No. 17-CR-00224-WCG

RICKI A. MAHKIMETAS, JR.,

          Defendant.

_____

**SUPPLEMENT TO DEFENDANT'S SENTENCING MEMORANDUM**
_____

      On page 5 of the previously filed "Defendant's Sentencing Memorandum," defense counsel represented that "In the Summer of 2012, the time period of the touching of X.X. alleged, it appears Mahkimetas was not free in the community. He was serving a 12-month jail term in the Tribal Jail imposed on October 28, 2011 as a result of revocation of probation in Menominee Tribal Court case number 11-CR-43," citing PSI at ¶45.

      Records received today from the Menominee Tribal Police Department/ Menominee Detention Facility, attached as Exhibit C, confirm that Mahkimetas was in Tribal Jail custody during the Summer of 2012, specifically the time period October 3, 2011 to December 1, 2012.

Dated at Hazelhurst, Wisconsin on August 20, 2018.


Respectfully submitted,


/s/ Thomas G. Wilmouth
Thomas G. Wilmouth
WI Bar No. 1011746
P.O. Box 217
Hazelhurst, WI 54531
[715] 525-1685       Telephone
[715] 598-6208       Facsimile
tom.wilmouth@gmail.com