# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICKI A. MAHKIMETAS, JR. | SENTENCING MINUTES<br><br>Case No. 17-CR-224 |

| | |
|---|---|
| HONORABLE WILLIAM C. GRIESBACH presiding<br>Proceeding Held: August 22, 2018<br>Deputy Clerk: Lori | Time Called: 1:32 pm<br>Time Concluded: 3:03 pm<br>Tape: 082218 |

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Andrew J. Maier |
| RICKI A. MAHKIMETAS, JR., in person and by: | Thomas G. Wilmouth |
| US PROBATION OFFICE by: | Brian Koehler |
| INTERPRETER: None | ☐ Interpreter Sworn |

| | |
|---|---|
| ☐ The parties have no objections to the factual statements in the PSR | ☒ The parties have no objections to the application of the guidelines in the PSR |
| ☒ Objections/corrections to factual statements in PSR by ☐ Plaintiff ☒ Defendant objects to information alleging pattern of prohibited sexual conduct which would apply a 5-level enhancement for second conduct act based upon preponderance of the evidence. | ☐ Objections/corrections to application of guidelines by ☐ Plaintiff ☐ Defendant |
| ☒ The court adopts the factual statements and guideline application as set forth in the PSR (Objection OVERRULED) | ☐ The court adopts the factual statements and guideline application with these changes: |
| ☒ The government presents sentencing argument: guideline range sentence, 25 years with lengthy term of SR | ☒ The defendant presents sentencing argument: 15 yr, 10 yr SR, placement in Mental health facility, Sex offender treatment, BOP 500 drug treatment |
| ☒ Defendant exercises right of allocution. | ☒ The court imposes sentence. |
| ☒ The government dismisses remaining counts. | ☒ Defendant advised of appeal rights. |

Mr. Wilmouth presents the Court with a copy of the transcript from 12/21/17 for review as to a preponderance of the evidence as to his objection noted above. Lloyd Franklin makes statement. Gerald Doxtator makes statement. The Court OVERRULES defendant's objection and finds this meets the definition of a pattern of activity involving prohibited sexual contact so the enhancement would apply as well as the other enhancements. *After the hearing, upon request of the parties, the Court incorporates the US Dept. of Justice FBI Draft Transcript of 12/21/17 of the recorded interview-CD #2 (participants Rikki Mahkimetas, Jr., SA Sarah Deamron, MTPD Todd Otradovec as part of the record. The Draft Transcript will be marked as **Exhibit 1000.**

**SENTENCE IMPOSED:**

**Imprisonment:**    200    Months as to Count(s)    1ss    of the Information.
                                      Months as to Count(s) _____ of the _____.

    Imprisonment term for each count to be served ☐ concurrently ☐ consecutively.
    TOTAL TERM OF IMPRISONMENT IMPOSED: 200 months.

    ☐ This term of imprisonment is to be served (☐ concurrently with or ☐ consecutively to) any state court sentence the defendant is currently serving.

**Probation:**    _____    Years as to Count(s)    _____    of the _____.

**Supervised Release:**    20    Years as to Count(s)    1ss    of the Information.
                                           Years as to Count(s) _____ of the _____.

**MONETARY PENALTIES**

**Special Assessment:**    $ 100.00    due immediately

**Fine:**    $ _____    ☒ fine waived

**Restitution:**    $ _____    ☐ determination deferred

**JOINT AND SEVERAL PAYMENTS**

☐ Fine and/or ☐ Restitution is **joint and several** with _____.
☐ Repayment of Buy Money is **joint and several** with _____.

**FORFEITURE**

☒ All property forfeited upon conviction or by order of the court shall be included in the criminal judgment.

**RECOMMENDATIONS**

☒ The court recommends the defendant's placement at a Bureau of Prison mental health facility such as FMC Carswell or FMC Devens.
☒ The court recommends the defendant's participation in the Bureau of Prisons' 500-hour drug treatment program.
☒ Other: The court recommends enrollment in the Bureau of Prisons' sex offender treatment program, a mental health assessment and mental health treatment while in custody.

**CUSTODY**

☒ The defendant is remanded to the custody of the U.S. Marshal Service.
☐ The defendant is to voluntarily surrender at the institution designated by the Bureau of Prisons as notified by the U.S. Probation Office; ☐ on or after _____.

**CONDITIONS OF SUPERVISED RELEASE/PROBATION**

☒ **Mandatory Conditions of Supervision** imposed.
☒ The Court adopts the **Standard Conditions of Supervision** set forth in the presentence investigation report without change.
☐ The Court adopts the **Standard Conditions of Supervision** set forth in the presentence investigation report with the following changes:
☒ The Court adopts the **Special Conditions of Supervision** set forth in the presentence investigation report without change.
☐ The Court adopts the **Special Conditions of Supervision** set forth in the presentence investigation report with the following changes:

**The Court adopts the conditions and the rationale for the conditions as set forth in the presentence investigation report.**